# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

BOBBIE D FRESHOUR

CIVIL ACTION

V.

NO

Brockton VAMC

## COMPLAINT

### Parties

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT,
DISTRICT OF MASS.
2018 FEB 14 PM 2: 32

1. Bobbie D Freshour is a resident of Sandisfield, Berkshire County, Mass-achusetts and a citizen of the United States.

2.   The defendant, Brockton VAMC, is a U.S. Government Veterans' Medical Facility and is legally represented by Jean Romell, Doctor Juris.

### Jurisdiction

3.   Springfield Federal Court has jurisdiction over this matter pursuant to 28 U.S.C. sec. 1331-Federal Question Dec. 1, 1980, 94 Stat. 2369.

Allegations

4.  VAMC Brockton illegally Kept
    control of me [plaintiff] for over sixteen

    years. The vast majority of

    this time, approximately ninety

    percent, VA Brockton Kept me [plaintiff]

    illegally confined.

5.  Director of VAMC Brockton, Mr.

    Ng, doctors Fey Festin, Alexandra

    Pinkerson, Olga Osikina, Isiah [aia]

    Sepulveda, Lally and a few others

    I [plaintiff] can't recall are also CIA

employees and/or accepted bribe

money from the Central Intel-

ligence Agency.

6. When Dr. Alexandra Pinkerson

realized that the plaintiff did

indeed have a Security Clearance

above Top Secret she ordered plain-

tiff not to speak to Dr. Olga

Osikina anymore. She also or-

dered that Dr. Osikina never

again be the physician of the

plaintiff ever again because

doctor Osikina is a known Ukranian Spy.

7. Dr. Osikina is so incompetent as a physician that she failed to realize the validity of the plaintiff's work for over ten years, until informed by others.

8. Dr. Osikina performs, illegal, un-authorized, non-FDA-approved, brain-chemical research on to-tally unsuspecting, uninformed decorated veterans.

9. The other doctors, Fey Festin, Isaiah
Sepulveda, Alexandra Pinkerson and
et al. have knowledge of Osi-
Kina's illict activities and are
therefore accomplices.

10. Doctor Osikina surreptitiously
administered an amygala drug
research drug to ~~me~~ plaintiff using
Gayle the Nutritionist.

11. The illegal peptide Osikina
surreptitiously adminixstered
caused extreme priaprism in

the plaintiff, for approx. twenty five days

12. Doctor Osikina surreptitiously

administered a second illegal research

amygdala drug that caused plaintiff

to have homosexual fantasies about

little boys.

13. The plaintiff is extremely

religious and does not believe

in masterbation. In the

Catholic religion, legitimate

sex is confined to reproduction.

14. The plaintiff is a writer and

all pages but five. These be [plaintiff]

carefully hid in the bindings of

books.

17.   Plaintiff was illegally punished and

sent upstairs to the Acute Unit.

While upstairs both doctors Sepul-

veda and OsiKina microsearched

the plaintiffs' room with a fine-

toothed comb. In other words

both doctors Sepulveda and

OsiKina Knew exactly what

they were looking for. Since

sought solace and understanding

in writing down his thoughts

and feelings.

15. In approximately twenty-some

days the plaintiff wrote some

fifty to sixty pages of lecherous

filth.

16. After about twenty some days

the priaprism stopped. The

plaintiff began to have guilt

feelings. Plaintiff eventually

shredded by hand and flushed

Federal Law states that the patient

must be present when their room

is searched, this was a clear vio-

lation of ~~my~~ plaintiffs' Fourth Amendment

Rights against Unlawful Search and

Seizure.

18. The idea that the plaintiff could

or should have conjugation with

underage minors was firmly implaced

in the plaintiffs' mind by a female

staff member. Basically she said

that if the plaintiff were to

marry her and to share his cancer

wealth, the plaintiff could have

his way with her children and she

stated their gender and ages.

19.   The plaintiff wrote this woman

two or three ᵛ letters for mainly two
coded

reasons.  One; because the plain-

tiff was under the influence of

two illegal drugs.  Two; because

the plaintiff wanted to investi-

gate.

20.   At the 10-15-'16 Competency

Hearing the letters to this person and the five pages found in plaintiffs' room were illegally introduced. Also, plaintiff was not allowed to confront or cross-examine the so-called witness.

21. Judge Neil Hourihan propositioned the plaintiff many times at the 10-15-16 Hearing. Dr. Sepulveda took notice but never said anything and flatly refused to abide by the Law or do what's right.

22. Judge Neil Hourihan was caught red-phallused with a sixteen year old male late bloomer. Motions to overturn all cases of Hourihan's decisions were made. According to the InterNet, all adverse decisions were overturned except the plaintiff's.

23. Social Worker Jenny Lindsay went around bragging to all the male veteran's that she is a lesbian. LCSW Lindsay made a solemn promise not to read the plaintiffs'

Civil Action against George Herbert Walker Bush and was meant as a redress of grievances to Judge W. G. Young.

24. LCSW Lindsay prevaricated intentionally and read the entire Civil Action. The Civil Action told Judge W. G. Young the truth about some of the fantasies and priapism the plaintiff had endured because of the

drugs that were illegally admin-
istered. LCSW Lindsay refused
to copy the document thereby
denying the plaintiffs' First
Amendment Rights twice, i.e. free-
dom of the press, freedom of speech
and right to petition the Government
for redress of grievances.

25. LCSW Lindsay said that the Civil
Action directed to Judge W. G.
Young in which the plaintiff
divulged just the most minuscule

amounts of generalized informa-
tion out of respect to his Honor,
Judge Young, was "obscene".

26. LCSW Lindsay placed the legal
Civil Action in the plaintiffs'
Chart illegally denying plaintiff
access to it and allowing staff to
read it. When confronted by
plaintiff with the U.S. Con-
stitution, LCSW Lindsay yelled
out, "You like little boys!" in

27. the middle of the hallway with

other veterans present.

27. Massachusetts General Laws Chapter
112 Section 135A. All communi-
cations between a social worker li-
censed pursuant to the provisions of
section one hundred and thirty-two
or a social worker employed in a
state, county or municipal govern-
mental agency, and a client are
confidential. During the initial
phase of the professional rela-
tionship, such social worker shall

inform the client of such confi-
dential communications and the
limitations thereto as set forth in
this section and section 135B, in
accordance with sound professional
practice.

Plaintiff questioned LCSW
Lindsay's clients. None reported
having been so informed by Lindsay
according to sound professional
practice. Neither did LCSW
Lola AlioKis, Micaela Costas, or

Britney's.

28.   No such worker, colleague, agent
      or employee of any social worker,
      whether professional, clerical, aca-
      demic or therapeutic, shall disclose
      any information acquired or revealed
      in the course of or in connection
      with the performance of the
      social worker's professional ser-
      vices, including the fact, circum-
      stances, findings or records of
      such services. Again, LCSW

Lindsay screamed in the hallway with

half a dozen other veterans present,

"You like little boys!"

29.  Plaintiff was once again illegally

put upstairs in Acute Unit

where he was confronted by Veterans

of Afghanistan etc., called a rag-

head and beat up.

30.  Plaintiff was so disturbed by

the priapism incident that plain-

tiff called his Catholic Priest,

Father Francis. Father Francis

reassured the plaintiff, told him

not to worry that incidents

similar to plaintiff's had happened

all over Campus. When asked

to testify on plaintiff's behalf,

Father Francis refused on the

grounds he is a priest.

31.  A known Soviet spy is being allowed

   by the CIA to perform brain

   chemical research on decorated

   American veterans!

32.  On May 29th at the plain-

tiff's Competency Hearing both Jean Romell, doctor Juris, and Dr. Sepulveda, plaintiffs' psychiatrist, committed pre-meditated perjury over one hundred and twenty times. Amongst other lies and perjuries under Oath were: that plaintiff raped thirty nine female nursing assistants, five female doctors and sexually assaulted eleven male staff. The five female doctors

plaintiff supposedly raped were:
doctors Fey Festin, Mizz Alexandra
Pinkerson, Olga Osikina, Mrs.
Dantzler and a fifth doctor Mrs.
Dantzler made the comment that
plaintiff never came close enough
to touch her let alone rape her

33. Plaintiff was never given a fair and
speedy trial during Criminal Pro-
ceedings (more than three violations
of plaintiffs VI Amendment
Rights)

34. During plaintiffs' 10-15-16 Com-
petency hearing the evidence fabri-
cated against plaintiff was not pre-
sented to plaintiff during pre-trial.
That is, plaintiff was not informed
of the Nature and Cause of the
totally fabricated accusations. Plain-
tiff was again denied the right to
confront the so-called witnesses
against plaintiff. Not even their
names or identities were presented,
neither before or during the hear-

ing. Since over ninety or more false accusations and perjuries were committed at the 10-15-16 hearing, plaintiffs' sixth Amendment Rights were violated more than ninety six times at 10-15-16 Competency hearing alone.

35. Plaintiff at no time was granted a fair and speedy trial (a clear violation of plaintiffs' Sixth Amendment Rights). Plaintiff was never given an Impartial

Jury or Judge in criminal procee-
dings (Sixth Amendment). At the
May 29, '16 hearing plaintiff was
not informed of the Nature and
Cause of the Accusations (pre-
trial) or the names and identities
of so-called accusers (over two
hundred and forty violations of
plaintiffs' Sixth Amendment
Rights).

36.  To have Competent Assistance of
Counsel for his defense (2 counts

of violating plaintiffs' Sixth A-
mendment Rights). Both of plain-
tiffs' attornies took bribe money
from the CIA and just sat there
smirking. Both Judges at both
of my Competency Hearings took
bribe money (two more violations
of plaintiffs' Sixth Amendment
Rights).

Sepulveda pulled his black bag
of tricks once again at plain-
tiffs' 10-15-'16 Competency

Hearing. Sepulveda committed slander
and perjury while Under Oath
more than ninety times.

37. Somewhere around February '17
Sepulveda illegally approached
plaintiff and said the following:
"If you take me to court I will
do what I did before only worse."
"I will lie, cheat and steal."
"I will make things up." "I
will make up things a thousand
times worse than I did before."

"I will bring up every little bad thing you ever did or didn't do and blow it way out of proportion." "I will make you look like a fool and a nincompoop even more than I did before if you take me back to court." "Here sign this piece of paper or I'll see to it you spend two more years here."

38.   Doctor Sepulveda stopped all of plaintiffs' incoming and outgoing mail for years, read it and threw it away.

39.  Doctor Sepulveda illegally kept
plaintiff from using the telephone
for several months twice. He
said plaintiff had been accused
(hearsay) of telephonically harras-
ing Deborah J. Kirby who at
that time was President of all
six branches of Bristal County
Savings Bank. At that time
plaintiff believes, plaintiff had
faced the charges only once
and had not been convicted.

Therefore it was mere hearsay.

40. A year or two later when plaintiff most probably was illegally convicted it was done UnConstitutionally in plaintiffs' absence. Plaintiff has a handwritten confession to that from LCSW Jenny Lindsay.

41. Plaintiff wanted to represent himself against the false accusations of Deborah J. Kirby. Deborah Kirby is a fabricator of lies, a professional prevaricator and

a scumbag. She can't pass a lie detector test. Neither can Sepulveda or Dr. Olga Osikina.

42. Plaintiff was told by Isaiah Sepulveda that he could not represent himself which was plaintiffs' Constitutional Right.

43. Dr. Sepulveda took money from Deborah Kirby to make sure plaintiff could not show up in court to confront his accuser or represent himself.

44. Dr. Sepulveda allowed plaintiff's thieving Fiduciary to hire one of Fiduciary's closest attorney friends to illegally misrepresent plaintiff. Plaintiff was not only not allowed to represent himself, he was not allowed to choose his own attorney even though he was paying for said attorney fees. Plaintiff wasn't even allowed to communinicate with said attorney or to know

said attorney's name.

45. Fiduciary's attorney friend purposefully overbilled plain- tiff at twice the usual rate and split the monies ille- gally obtained with plaintiff's thieving Fiduciary, Richard Kream.

46. Plaintiff was pled guilty illegally, in his illegal absence, by an attor- ney he was illegally forced to pay for, that he did not choose and did not even know the name

of.

47.   In his illegal absence, plaintiff
was Unconstitutionally pled
guilty to a crime he did not com-
mit.

48.   When Sepulveda first became plain-
tiff's psychiatrist he said "now
I'm going to hit you and if you
hit me back, you are going to
spend the rest of your life in
Bridgewater". Dr. Sepulveda then
proceeded to punch plaintiff as

hard as he could in plaintiff's solar

plexus and almost killed plaintiff.

When plaintiff finally regained his

composure plaintiff said "Baiting

Technique was outlawed by DSM

III decades ago."

49. Sepulveda then hawked up a large

load of green mucus and spat a

huge loogie in plaintiff's face.

50. Sepulveda then grabbed plaintiff's

hands and tightly held them so

that plaintiff couldn't wipe the

snot off his face. Sepulveda then put

his lips against plaintiffs' lips and u-

sing his lips, and teeth and hands

pushed plaintiffs around in circles

along the walls of the room. Dr.

Alexandra PinKerson is a witness

for the plaintiff.

51. (VIII Amendment) Cruel and unusual

punishment shall not be inflicted.

Doctors Lally and Olga OsiKina

both prescribed large doses of

Risperdal to plaintiff for over

two years. Plaintiff was in excru-
ciating agony 24/7 for over two
years. Everyone on Brockton
Campus witnessed plaintiff bent
double for over two years. Every
three or four steps plaintiff had to
lean with his hands up against a
wall, a post, a tree or fence or
something and "push" to try and
straighten his back and relieve
a small part of the terribly tor-
tuous pain.

52. When plaintiff tried to explain his dis-
comfort to sadists Lally and OsiKina
they both laughed their behinds off
and were smugly proud of them-
selves. When Dr. Alexandra PinKerson
found out she immediately took plain-
tiff off Risperdal. Dr. PinKerson
stamped ALLERGIC in big, bold,
red letters and signed her name
to it. Dr. PinKerson also stamped
it with her black stamp, Chief
of Medical Services, VA Brockton.

53. When Osikina saw Pinkerson's stamp she turned pale as a sheet. Then she very coyly and demurely asked if she couldn't give plaintiff just a little Risperdal.

54. Both Lally and Osikina never bothered to read plaintiffs' Medical Chart or they would have known that plaintiff has a compressed disc between the fifth lumbar and first sacral. Neither did they bother to research a new drug called Risperdal. A

pharmaceutical giant admits Risperdal frequently causes extreme back pain due to involuntary constriction of back muscles.

55. Plaintiff's compressed disc is quadruply MRI-documented

56. Dr. Pinkerson denied plaintiff Neurotin, gabba-pentin, for five weeks while plaintiff's swollen, blue, green, black, purple and red neuropathy-infected left leg didn't let plaintiff sleep for six

weeks. They had to carry plain-
tiff to toilet so plaintiff could
defecate. Plaintiff had to use a
urinal to urinate into. Staff was
always reluctant to carry plaintiff
to the toilet or empty plaintiffs'
urinal. Staff treated plaintiff as
if plaintiff had committed a heinous
crime.

57. RN Bree something was highly edu-
cated in science, biochemistry and med-
icine. Bree kept a copy of one of

plaintiffs' cancer papers. Because of

her education in medicine, Bree Knew

plaintiffs' assertions were true, i.e.

plaintiff had indeed discovered the

etiology of most cancers and the

mechanism of mitosis. Bree and

plaintiff came to a tacit agreement.

If plaintiff was willing to stipu-

late in plaintiffs' will that he

was bequeathing his assets to Bree

upon his demise, Bree would marry

plaintiff and take care of plain-

tiff in plaintiffs' old age.

58. When Dr. Sepulveda found out that plaintiff and RN Bree liked each other, Sepulveda forbade both plaintiff and Bree from talking to each other for three or four months. That's hundreds of violations of plaintiffs' first Amendment Rights, Freedom of Speech.

59. Doctor Sepulveda verbally ordered plaintiff and Bree not to even look at each other which was a slew

of violations of plaintiffs' Ninth Amend-
ment Rights. Abraham Lincoln stated
that the U.S. Constitution could only
be fully interpreted by looking at it
through the Declaration of Indepen-
dence: Life, Liberty and the Pursuit
of Happiness.

60   Dr. Sepulveda shredded six Civil Ac-
tions of plaintiff that took plain-
tiff approximately a year to pre-
pare. This is clearly six viola-
tions First Amendment Right to

petition the government for a redress

of grievances, and of the press.

61.  Dr. Sepulveda now keeps plaintiff from

having plaintiffs' own phone even though

plaintiff is supposedly under the care

of Berkshire Rehab and Skilled Care

Center. Sepulveda knows firsthand pla-

intiff was illegally convicted and be-

lieves plaintiff is unaware that plain-

tiffs' illegally obtained attorney ille-

gally pled plaintiff guilty. Further-

more, Sepulveda has firsthand know-

ledge of plaintiffs' complete innocence

in the matter.

62. Deborah J. Kirby, accuser of plaintiff,

called plaintiff one time plaintiff is a-

ware of. Deborah informed plaintiff how

she intended to screw plaintiff over un-

less plaintiff planned on pursuing a

large loan from her banking institution

for plaintiffs' cancer prevention bus-

iness. Sepulveda came scurrying

down the hallway after Deborah

hung up. He said "don't worry,

Fey Festin and I were listening upstairs and we Know you didn't do anything wrong."

63. One of the Staff reported seeing CIA, Secret Service, stamped in big, bold, red letters in Sepulveda's Service Records.

64. According to Executive Order 12333, American citizens are not to be spied on by CIA.

65. The doctors at Brockton constantly used neuroleptics on plaintiff for

for supposedly being grandiose and delusional about his cancer and AIDS work when every doctor except Osi-Kina, knew all along plaintiff's work was genuine and true.

66.   Plaintiff has been illegally kept under Brockton VAMC supervision fo about sixteen years. During all this time of illegal admissions of plaintiff and thousands of others, plaintiff has never seen a CV Rights-301 Plaintiff has never seen any admis-

sion, including himself, prior to admis-

sion, afforded the opportunity for

a consultation with an attorney, or with

a person who is working under the super-

vision of an attorney, concerning the legal

effect of a voluntary admission.

67. Nurse Manager Jude Nicoletti is

legendary for telling his whoppers,

i.e. fabrications, prevarications. Pla-

intiff's last hospitalization Jude

told plaintiff to sign himself in

Voluntary and he, Jude, would make

sure plaintiff got out in two weeks—no sweat. Plaintiff told Jude that plaintiff didn't believe him. Jude gave plaintiff his word. Plaintiff informed Jude that plaintiff still didn't believe him. Jude swore on it. Plaintiff said plaintiff knew from experience Jude couldn't be trusted that Jude told big fibs. Jude swore on the Bible, then his father's grave then his mother's grave. Then Jude thre- atened plaintiff. Jude said if

plaintiff didn't sign himself in they

would do everything to keep plain-

tiff in indefinitely, lie, cheat, steal.

Jude said they would bring up every

little bad thing plaintiff had ever

done and blow it all out of proportion.

Plaintiff made the mistake of signing

the piece of paper. Five years later

the plaintiff was still there.

68. For approx. forty minutes attorney Robert

Treano questioned plaintiff about

facts not really related to plaintiffs'

case. While questioning plaintiff Attor-

ney Treano pretended to scribble down

plaintiffs' answers on the far side of

his other arm which was blocking

plaintiffs' view. After the interview

was concluded, plaintiffs' suspicions were

confirmed. The page Treano had

been busily pretending to take notes

on was a blank, bare tabletop. That

was a clear violation of plaintiffs'

Sixth Amendment Rights, assistance

of Competent Counsel. After

the Hearing, Treano promised to file the mandatory Section 9(b). He never did. Neither did he demand to know the identi^ti^es or to cross-examine the fifty-five staff members plaintiff was accused of raping and sexually assaulting.

69. On ___ 15, 2016, plaintiff had another commitment hearing. Plaintiff was supposedly represented by attorney Robert F. Brown. Brown accepted bribe money from the

CIA to inadequately and UnConstitu-

tionally misrepresent plaintiff. Af-

ter attorney Brown purposely lost

plaintiffs' case away plaintiff politely

asked attorney Brown to file the

mandatory Section 9(b) five or six

times and five or six times attor-

ney Brown refused. Attorney

Brown also failed utterly to pre-

pare for plaintiffs' hearing.

70. Brockton's Legal Eagle, Doctor

Juris Jean Romell, was not

only aware that plaintiffs' Con-
stitutional Rights had been vio-
lated more than a thousand times,
Jean Romell helped plan out their
infractures

71. Olga Osikina illegally intercepted two
or three of the plaintiffs' private let-
ters then illegally read them and
illegally placed them in plaintiffs'
Chart. This was a violation of
plaintiffs' Fourth Amendment Rights.
"The right of the people to be

secure in their persons, houses, papers and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized. Olga Osikina used the letters as an excuse to keep the plaintiff locked up for four or five more years like the CIA wanted.

The letters were to plaintiff's girl-friend.

72. The letters to Janet were sexually explicit and contained some sadomaso-chism, however, the plaintiff was not the author of the letters. One of the staff, RN Chuck Woods, was the author of the missives. Chuck begged the plaintiff not to tell on him because Chuck was due to retire in a couple of years. Chuck said that if

the plaintiff told on him he would be fired and lose his pension. When Chuck Woods did retire plaintiff attempted to tell Olga Osikina the truth but she refused to listen.

73. Olga Osikina only sees her patients once every two weeks and then only for a few minutes. While her patients try to communicate with her, Olga stares at the opposite wall.

74. Private property was of plaintiff was taken for public use, without

just compensation, (V Amendment

violation).

75. Dr. Sepulveda is supposed to pres-

cribe judiously, especially the neuro-

leptics, and not as punishment, which

is a violation of Federal Law. Sepul-

veda continuously prescribes neuro-

leptics such as Haldol illegally

as punishment.

76. When Sepulveda found out plain-

tiff intended to file a Civil

Action against Brockton VA

and also ask for Sepulveda's and

OsiKina's License to practice Medi-

cine, Sepulveda increased plaintiffs'

Haldol dose.

77. Sepulveda increased plaintiffs' Haldol

dosage from twenty five milligrams

per month to seventy five milligrams

every two weeks.

78. Sepulveda's long-term use of Haldol

at high doses gave the plaintiff

severe Parkinson's.

79. Plaintiffs' hands were shaking and

jerKing so violently that plaintiff couldn't feed himself. When plaintiff tried to eat with a spoon, plaintiff violently stabbed himself dozens of times in the face. Plaintiff had ParKinson's so bad that he contemplated suicide.

80. RN's Linda Sivieri and Keith consoled plaintiff. They said that the neurologist would try recommending different drugs that might work to ameliorate plaintiff's extreme ParK-

inson's condition. Once plaintiff's

Parkinson's was under control, Sepul-

veda injected plaintiff with another

fifty milligrams of Haldol.

81. Sepulveda continues to supervise the

injection of Haldol, seventy-five milli-

grams every two weeks, even though

plaintiff is redeveloping severe

Parkinson's. Sepulveda, a Master

Chemist, has always known plain-

tiff is neither grandiose nor

delusional.

82. Sepulveda is aware plaintiff is filing a Civil Action and is hoping to give plaintiff such severe Parkinson's plaintiff cannot finish filing said Civil Action.

83. About the time Sepulveda became plaintiff's psychiatrist, Sepulveda ordered plaintiff to lie down on a gurney. Said gurney with plaintiff was pushed down to Urgent Care where plaintiff was introduced to Secret Service Agent David Kennedy.

SSA Kennedy gave plaintiff his phone
number, (617)565-5640. Plaintiff
was asked if plaintiff wanted a cup
of coffee? Plaintiff said "yes" and
drank the proffered cup of coffee.
Both SSA's Kennedy and Sepulveda in-
formed plaintiff that Mr. George Her-
bert Walker Bush, ex-President
of the USA, would be meeting
with plaintiff at any minute.
Plaintiff didn't think this was
"odd" because plaintiff had met

with Mr. GHWB when Mr. Bush

was an acting President. SSA's Sep-

ulveda and Kennedy suggested plain-

tiff write Mr. Bush a letter and

brought the plaintiff letter-wri-

ting materials.

84. In a few minutes, plaintiff's anal

sphincter muscles began to dilate

what felt like four to six inches

but in reality was probably only

an inch or two. Plaintiff began

to have strong homosexual desires.

Plaintiff strongly desired passive anal intercourse.

85  Plaintiff wrote a torrid love letter to Mr. GHW Bush calling him Big Daddy and so forth. After finishing the letter and sealing it, both SSA's Kennedy and Sepulveda advised the plaintiff that Mr. GHW Bush didn't want the letter and plaintiff should throw it away and not mail it. Plaintiff tore up the letter and threw it away.

86. Plaintiff asks for the permanent revo-
cation of LCSW Jenny Lindsay's li-
cense to practice Social Work; the
permanent revocation of the License
of Isaiah Sepulveda to practice
Medicine and his contracts with
the Secret Service and CIA;
the permanent revocation of Olga
Osikina's License to practice Med-
icine, and her contract with the
CIA and permanent deportment
to her country of birth, the

Ukraine, because she is a known

double spy; the permanent revo-

cation of the Nursing License

of Head Nurse Jude Nicoletti;

and the permanent revocation

of the License to practice Law

of Jean Romell, Doctor Juris.

87  The plaintiff asks for the cessa-

tion of all Neuroleptics being

forced on the plaintiff causing

him to develope more severe

Parkinson's.

88. The plaintiff asks for ten billion dollars

in damages to his company:

Diamond Blue Biotechnologies™

Searching for Solutions

Breaking Thru in BioTeK$^{SM}$

and five billion in punitive fees.

89. WHEREFORE, the Plaintiff

demands judgment against the

defendant for damages and such

other relief as this Court deems

just.

90.  The plaintiff demands a trial by

jury.


Bobbie Dean Freshour

BOBBIE D FRESHOUR PRO SE

7 SANDISFIELD ROAD

Sandisfield, Massachusetts 01255

(413)258-4731